**Order filed August 8, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01032-CV
_____

**REGINALD PETTEWAY, Appellant**

**V.**

**MORLOCK LLC, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1014875**

---

### ORDER

Appellant's brief was due **July 29, 2013.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **September 9, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM